```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CHANDRA CAMPBELL,                       :
                                        :       23cv3450(DLC)
                            Plaintiff,  :
                                        :          ORDER
                -v-                     :
                                        :
PH-D FEMININE HEALTH LLC,               :
                                        :
                            Defendant.  :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    Having read the parties' briefs, it is hereby

    ORDERED that the defendant's June 26, 2023 motion to dismiss is granted as to the breach of express warranty claim and denied as to all other claims.  See <u>MacNaughton v. Young Living Essential Oils, LC</u>, 67 F.4th 89, 101 (2d Cir. 2023).

Dated:    New York, New York
           January 8, 2026

                                                  _____
                                                       DENISE COTE
                                          United States District Judge