Kimberly Bessiere Martin
kmartin@bradley.com
256.517.5155 direct
256.517.5255 fax



January 16, 2026

**VIA CM/ECF**
The Honorable Denise L. Cote
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

> RE: *Campbell v. pH-D Feminine Health LLC*
> **SDNY Case No. 1:23-cv-03450**

Dear Judge Cote:

     I represent pH-D Feminine in the above referenced case along with Ethan Kobre. I will serve as principal trial counsel in this matter. I am writing to request an adjournment of the initial conference set for January 27, 2026, because of a conflict with previously scheduled depositions. I have conferred with counsel for the plaintiff, and they do not object to the adjournment. All counsel can be available for the conference on February 20.

                  Respectfully submitted,

                  *Kim Bessiere Martin*

                  Kimberly Bessiere Martin

*The conference is adjourned to 2/5 at 11:00 am.*

*Denise Cote*
*1/20/26*