Case 1:23-cv-03450-DLC   Document 35   Filed 01/29/26   Page 1 of 1

# BURSOR & FISHER
### P.A.

50 MAIN STREET
SUITE 475
WHITE PLAINS, NY 10019
www.bursor.com

PHILIP L. FRAIETTA
Tel: 914.874.0710
Fax: 914.206.3656
pfraietta@bursor.com

January 29, 2026

*Via ECF*

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

*Denied. An appropriate schedule will be set at the 2/5/26 conference, allowing the parties an opportunity to mediate. /s/ Denise Cote 1/29/26*

Re: *Campbell v. pH-D Feminine Health LLC*, No. 1:23-cv-03450

Dear Judge Cote:

I represent Plaintiff Chandra Campbell ("Plaintiff") in the above-referenced matter. I write jointly with Defendant pH-D Feminine Health LLC ("Defendant") pursuant to Section 4(J) of your Honor's Individual Practices in Civil Cases to request that the Court stay this matter, including the upcoming February 5, 2026 Initial Scheduling Conference, for ninety days to allow the Parties to pursue private mediation.

By way of background, in conducting the Rule 26(f) conference the Parties discussed the possibility of resolution and agreed that private mediation would help facilitate any potential resolution. Accordingly, rather than waste the Parties and the Court's resources on the February 5, 2026 Initial Scheduling Conference and on formal discovery, the Parties believe a stay in favor of mediation would be the most efficient use of resources. The Parties propose that they submit a joint report within five business days of the completion of the mediation to update the Court on the status of the negotiations, and, if necessary, propose a case schedule.

Accordingly, the Parties jointly request that the Court stay this matter for ninety days, adjourn the February 5, 2026 Initial Scheduling Conference *sine die*, and order the Parties to submit a joint status report within five business days of the conclusion of their mediation. We appreciate the Court's time and attention to this matter.

Very truly yours,

Philip L. Fraietta