Case 1:23-cv-03450-DLC Document 41 Filed 05/13/26 Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHANDRA CAMPBELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PH-D FEMININE HEALTH, LLC,<br><br>Defendant. | **Case No. 23-cv-03450-DLC** |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Chandra Campbell and Defendant pH-D Feminine Health, LLC hereby stipulate and agree that this action be dismissed with prejudice, with each party to bear her or its own costs and fees.

Dated: May 13, 2026.

By: [signature]
Philip L. Fraietta
Bursor & Fisher, P.A.
50 Main Street, Suite 475
White Plains, NY 10606
(914) 874-0710
pfraietta@bursor.com

Max S. Roberts
1330 Avenue of the Americas
32nd Floor
New York, NY 10019
(646) 837-7150
mroberts@bursor.com

*Attorneys for Plaintiff*

By: Kim Bessiere Martin
Ethan A. Kobre
SCHWARTZ SLADKUS REICH
GREENBERG ATLAS LLP
444 Madison Avenue
New York, New York 10022
(212) 743-7000

Kimberly Bessiere Martin
Bradley Arant Boult Cummings LLP
200 Clinton Avenue W., Suite 900
Huntsville AL 35801
(256) 517-5100
kmartin@bradley.com

*Attorneys for Defendant*

So ordered.
Denise Cote
5/13/26